

FILED

10/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

OCT 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE QUINN A. KAHSAY

ORDER

Quinn A. Kahsay has petitioned to waive the application fee related to Kahsay's application for admission to the State Bar of Montana by transfer of his Uniform Bar Examination score, explaining his active duty military status and his service as Judge Advocate General. We appreciate Kahsay's service but, unfortunately, the Rules of Admission do not provide for waiver of the score transfer application fee, and we are unable to grant the request. Therefore,

IT IS HEREBY ORDERED that the petition for waiver of the transfer application fee is DENIED.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 5 day of October, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____

Justices